**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Felipe Diaz Quiroz,<br>Petitioner,<br>v.<br>Kristi Noem, et al.,<br>Respondents. | No. CV-26-00813-PHX-DJH<br>**ORDER** |

Before the Court is the October 6, 2026, Report and Recommendation ("R&R") of United States Magistrate Judge Camille D. Bibles (Doc. 19) recommending Petitioner's § 2241 Petition be granted. No objection has been filed and the time to do so has expired. See Fed. R. Civ. P. 72(b). District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the [R & R] to which objection is made."). Accordingly, the R&R will be adopted.

**IT IS THEREFORE ORDERED** the R&R (Doc. 19) is **adopted** as the Order of this Court.

**IT IS FURTHER ORDERED** Petitioners' § 2241 Petition (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondent must release Petitioner from custody within 5 days of the date of this Order under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondent must provide a notice of compliance within seven days of Petitioner's release.

**IT IS FURTHER ORDERED** all other forms of relief sought in the Petition are denied without prejudice.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 18th day of November, 2026.

Honorable Diane J. Humetewa
United States District Judge